UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RAPHAEL HASHAYEV,

                Plaintiff,

v.

SRA ASSOCIATES, LLC,

                Defendant.

Case No. 1:19-cv-21954-CMA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Raphael Hashayev, and Defendant, SRA Associates, LLC ("SRA"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against SRA, with each side to bear their own fees and costs.

Respectfully submitted this 20th day of November 2019.

| | |
|---|---|
| */s/ Justin Zieg* | */s/ Ashley Wydro* |
| Justin Zeig, Esq. | Ashley Wydro, Esq. |
| Florida Bar No. 112306 | Florida Bar No. 0106605 |
| Zeig Law Firm, LLC | Dayle M. Van Hoose, Esq. |
| 3475 Sheridan Street, Suite 310 | Florida Bar No. 0016277 |
| Hollywood, FL 33021 | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Telephone: (754) 217-3084 | 3350 Buschwood Park Drive, Suite 195 |
| Facsimile: (954) 272-7807 | Tampa, Florida 33618 |
| justin@zeiglawfirm.com | Telephone: (813) 440-5327 |
| | Facsimile: (877) 334-0661 |
| *Attorney for Plaintiff* | awydro@sessions.legal |
| | dvanhoose@sessions.legal |
| | |
| | *Attorneys for Defendant,* |
| | *Ceteris Portfolio Services, LLC,* |
| | *d/b/a SRA Associates* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **20th day** of **November, 2019**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ashley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605